

Dec 12, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. | 1:23-cr-00635<br>Judge Virginia M. Kendall<br>Magistrate Judge Young B. Kim<br>Cat.2/ Random<br>Violation: Title 18, United States Code, Section 2252A(a)(5)(B) |
|---|---|---|
| v. | | |
| JAMES M. DRINAN | | |

**Information**

The UNITED STATES ATTORNEY charges:

On or about June 25, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES M. DRINAN,

defendant herein, knowingly possessed material, namely the following:

| Device | Serial Number |
|---|---|
| HP Laptop | 5CD3482LBR |
| Toshiba PureX hard-drive | 12H4S2FAS |

that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce; and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

# FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Information, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, the following specific property:

| Device | Serial Number |
|---|---|
| HP Laptop | 5CD3482LBR |
| Toshiba PureX hard-drive | 12H4S2FAS |

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2021.10.18 12:36:05 -05'00'

Signed by Erika Csicsila on behalf of
JOHN R. LAUSCH, JR.
UNITED STATES ATTORNEY