CAT 2

**FILED**
12/12/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MCP

**FELONY**

1:23-cr-00635
Judge Virginia M. Kendall
Magistrate Judge Young B. Kim
Cat.2/ Random

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an information arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge? **No**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **N/A**

    1b. Should this information receive a new case number from the Court? **Yes**

2. Is this an information that supersedes one or more previously filed informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded information and the name of the assigned judge (Local Rule 40.3(b)(2)): **N/A**

3. Is this a re-filing of a previously dismissed information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this information? **Felony**

7. Does this information involve eight or more defendants? **No**

8. Does this information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Sex Offenses (II)**

10. List the statute of each of the offenses charged in the information.
    **Title 18, United States Code, Section 2252A(a)(5)(B) (1 count)**

*/s/ Yusef Dale*
Yusef Dale
Assistant United States Attorney